# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>STEVEN BRIAN REMINGTON,<br><br>Defendant - Appellant. | No. 07-50132<br>D.C. No. CR-02-00030-VAP<br><br>**JUDGMENT** |



RECEIVED
CLERK, U.S DISTRICT COURT
SEP 2 0 2007
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Appeal from the United States District Court for the Central District of California, Riverside.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Riverside and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **VACATED** and **REMANDED**.

Filed and entered 08/27/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 18 2007

by: [signature]
Deputy Clerk